IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PERCIVAL CHARLES FERRIS, JR,**

    Petitioner,

v.                                      CASE NO. 5:13-cv-56-RS-GRJ

**SECRETARY, DEPT. OF CORRECTIONS,**

    Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 27) and Petitioner's Specific Written Objections to the Report and Recommendation (Doc. 30). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Respondent's Motion to Dismiss (Doc. 20) and Respondent's Supplement to Motion to Dismiss (Doc. 26) is **GRANTED**.

3. The First Amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. 6) is **DISMISSED as untimely**.

4. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

5. The clerk is directed to close the file.

**ORDERED** on June 19, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
